UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.

LEE LOGAN,

                                              **INDICTMENT**

        Defendant.
_____/

The Grand Jury charges:

(Felon in Possession of a Firearm)

From on or about May 3, 2024 through on or about May 30, 2024, in Kalamazoo County, in the Southern Division of the Western District of Michigan, the defendant,

LEE LOGAN,

knowing that he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, that is, a loaded Lorcin .380 caliber semi-automatic pistol, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

**FORFEITURE ALLEGATION**
(Felon in Possession of a Firearm)

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C § 2461(c).

Upon conviction of the offense in violation of 18 U.S.C. § 922(g) set forth in this Indictment, the defendant,

LEE LOGAN,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the firearm and ammunition involved in or used in the offense, namely, a Lorcin .380 caliber semi-automatic pistol and associated ammunition.

18 U.S.C. § 924(d)(1)
18 U.S.C. § 922(g)(1)
28 U.S.C. § 2461(c)

A TRUE BILL

[ /s/ Redacted ]

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
AUSTIN J. HAKES
Assistant United States Attorney